UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BETH BELL                                                                                              PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:25-CV-845-DPJ-ASH

BARNETT OUTDOORS, LLC                                                                  DEFENDANT

ORDER

This matter is before the Court *sua sponte* to address deficiencies in Defendant Barnett Outdoors, LLC's Rule 7.1 disclosure statement. Defendant removed this case to this Court on November 5, 2025, invoking the Court's diversity jurisdiction. Defendant filed a Disclosure Statement [2] as required by Rule 7.1 on the same day. Because its Rule 7.1 disclosure statement is deficient, the Court orders Defendant to file a corrected and complete disclosure statement by November 14, 2025.

Rule 7.1(a)(2)(A) requires every party in a diversity case to file a disclosure statement that "name[s]—and identif[ies]—every individual or entity whose citizenship is attributed to that party." Defendant's disclosure fails to do so. It merely states: "Defendant, Barnett Outdoors, LLC, is a Florida limited liability company with its principal place of business in Florida. Barnett Outdoors, LLC does not have a parent company and is not owned in any part by a publicly held corporation."  This is deficient for Rule 7.1 purposes because "[a] party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." *Settlement Funding, L.L.C. v. Rapid Settlements, Ltd.*, 851 F.3d 530, 536 (5th Cir. 2017); *see also Harvey v. Grey Wolf Drilling Co*, 542 F.3d 1077, 1080 (5th Cir. 2008) ("All federal appellate courts that have addressed the issue have reached the same

conclusion: like limited partnerships and other unincorporated associations or entities, the citizenship of a LLC is determined by the citizenship of all of its members.").

Defendant is therefore ordered to submit a corrected and complete Rule 7.1 disclosure by November 14th, 2025.

**SO ORDERED AND ADJUDGED** this the 7th day of November, 2025.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE
